IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO. 1:14CR010-A-S

ARTHUR FENDERSON

<u>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VOLUNTARILY
DISMISS MOTION TO CORRECT SENTENCE UNDER 28 U.S.C.§ 2255</u>

Presently before the Court are Defendant Arthur Fenderson's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255. In the Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255, Defendant requests that his Motion be dismissed without prejudice. The Government has indicated it has no objection to the voluntary dismissal, without prejudice, of the motion.

Upon due consideration, the Court grants Defendant's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 without prejudice.

SO ORDERED, this the 4th day of April, 2018.

_____
U.S. DISTRICT JUDGE