IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO. 1:14CR010-A-S

ARTHUR FENDERSON

AMENDED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO VOLUNTARILY DISMISS MOTION TO CORRECT SENTENCE
UNDER 28 U.S.C. § 2255

Presently before the Court are Defendant Arthur Fenderson's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255. In the Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255, Defendant requests that his claims pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015) be dismissed without prejudice. The Government has indicated it has no objection to the voluntary dismissal, without prejudice, of the motion.

Upon due consideration, the Court grants Defendant's Motion for Leave to File his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 and his Unopposed Motion to Voluntarily Dismiss his Motion to Correct Sentence Under 28 U.S.C. § 2255 without prejudice. This order only applies to claims made pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015). All remaining claims will be addressed by separate order.

The prior order [242] filed April 4, 2018 is withdrawn, with this order to be substituted in its stead.

SO ORDERED, this the 16th day of April , 2018.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**